of Hempstead, in the County of Nassau, Appellants. — Motion denied. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Realty Associates, Respondent, v. Percy B. Purdy, Appellant.— Motion granted. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ. Settle order before Mr. Justice Woodward.

Daniel P. Ritchey, Respondent, v. Henry H. Jackson, Impleaded, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Charles Schwartz, Respondent, v. Jacob Kaufman and Another, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Louis Siegel and Another, Respondents, v. Joseph Rudtner and Another, Appellants.— Motion granted, with costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Loretta Smith, an Infant, etc., Respondent, v. Chapter General of America, Knights of St. John and Malta, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

St. George Contracting Company, Appellant, v. The City of New York, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Josephina Vollaro, Respondent, v. Saverio Vollaro, Appellant.— Motion denied, without costs, on condition that appellant perfect his appeal and place the case on the calendar for the first motion day of next term. Otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Howard Willets, Respondent, v. Henry W. Poor, Appellant, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Forrest Alexander, an Infant, by Isabella Alexander, His Guardian ad Litem, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Brooklyn Mason Contracting Company, Respondent, v. Max Berger, Appellant, Impleaded with Keshin Blitstein & Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Mortimer S. Brown, Respondent, v. Daniel J. Riordan, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Jacob S. Butcher, Appellant, v. The City of New York, Respondent.— Judgment reversed and new trial granted, costs to abide the event, upon the ground that the questions in issue should have been submitted to the jury. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Florence F. Carpenter, Respondent, v. Zopher Carpenter, Appellant.— We think that the allegations at folios 31, 32 and 36 of the complaint are